IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAREK MOLSKI and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS,<br><br>Plaintiffs,<br><br>v.<br><br>JACK LONDON'S BAR & GRILL and CARMEL CHILI COMPANY, INC.,<br><br>Defendants. | No. C-04-04451 PVT<br><br>**ORDER VACATING PRE-TRIAL AND TRIAL DATES; ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>[Docket Nos. 35, 36, 37] |

On April 5, 2006, the court granted plaintiffs Jarek Molski and Disability Rights Enforcement, Education Services: Helping You Help Others (collectively "Plaintiffs") motion to shorten time on their motion to continue the pre-trial schedule, including the trial date. Plaintiffs had moved to continue the pre-trial schedule because the court had granted Plaintiffs' motion to add a new party on February 14, 2006. On March 2, 2006, Plaintiffs filed an amended complaint adding Nancy Moresco as a new party. On March 17, 2006, Plaintiffs served Nancy Moresco with, *inter alia*, a summons and the amended complaint in the action. Trial is scheduled to commence on May 8, 2006. Plaintiffs move to continue the pre-trial schedule to allow the new party to appear and prepare for trial.

1    Defendants Jack London's Bar & Grill and Carmel Chili Company, Inc. (collectively
2  "Defendants") do not oppose the motion.  However, Defendants state that amended pre-trial
3  and trial dates should be set following an appearance by the new party Nancy Moresco.
4  Defendants further state that the new party Nancy Moresco may not consent to a U.S.
5  Magistrate Judge.
6    Accordingly, current pre-trial and trial dates are vacated.  The parties shall appear for
7  further case management conference on Tuesday, May 23, 2006 at 2PM.  The parties shall
8  file a joint or separate case management statement seven days in advance of the further case
9  management conference.
10   IT IS SO ORDERED.
11  Dated:    *4/12/2006*

　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge