1 | THOMAS E. FRANKOVICH (State Bar No. 074414)
JENNIFER L. STENEBERG (State Bar No. 202985)
2 | THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
3 | 2806 Van Ness Avenue
San Francisco, CA 94109
4 | Telephone:   415/674-8600
Facsimile:   415/674-9900
5 |
Attorneys for Plaintiffs JAREK MOLSKI
6 | and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES
7 |
8 |                    UNITED STATES DISTRICT COURT
9 |                   NORTHERN DISTRICT OF CALIFORNIA
10 |
JAREK MOLSKI, an individual; and        )    **CASE NO. C04-4451 PVT**
11 | DISABILITY RIGHTS ENFORCEMENT, )
EDUCATION, SERVICES:HELPING         )    **STIPULATION AND [PROPOSED]**
12 | YOU HELP OTHERS, a California public )  **ORDER GRANTING PLAINTIFFS LEAVE**
benefit corporation,                         )    **TO AMEND THE COMPLAINT**
13 |                                            )
          Plaintiffs,                      )
14 |                                            )
v.                                          )
15 |                                            )
JACK LONDON'S BAR & GRILL;          )
16 | CARMEL CHILI COMPANY, INC.,          )
                                            )
17 |          Defendant.                    )
                                            )
18 |
19 |        IT IS HEREBY STIPULATED by the parties hereto that plaintiffs may file the Second

20 | Amended Complaint attached hereto as Exhibit "A". Since service of the first amended

21 | complaint herein, plaintiffs have learned that Nancy Moresco was improperly named in her

22 | individual capacity in the first amended complaint. Rather, Ms. Moresco's interest in the

23 | subject property is as trustee of the William J. Moresco and Nancy J. Moresco Trust.

24 | Plaintiffs' Second Amended Complaint corrects the capacity in which Nancy Moresco is

25 | named as a defendant to this action.

26 |        Since service of the first amended complaint, plaintiffs have also learned of third

27 | interested party to this action–the George Edward Boutonnet Family Revocable Inter Vivos

28 | Trust dated March 10, 1999. According to property records obtained with information

1  provided by counsel for Ms. Moresco, it appears that the George Edward Boutonnet Family

2  Revocable Inter Vivos Trust dated March 10, 1999 holds a 56% interest in the subject real

3  property, and is accordingly, a proper party to this litigation. Therefore, plaintiffs' proposed

4  Second Amended Complaint adds George Edward Boutonnet and Jean Boutonnet in their

5  capacities as trustees of the George Edward Boutonnet Family Revocable Inter Vivos Trust

6  dated March 10, 1999, as defendants to the action.

7        IT IS FURTHER STIPULATED that counsel for defendants Carmel Chili Company,

8  Inc., dba Jack London's Bar & Grill, and Nancy Moresco will accept notice and service by

9  mail of the Second Amended Complaint. Further, defendant Carmel Chili Company, Inc.,

10  shall not be required to answer the amendment. All denials, responses and affirmative

11  defenses contained in the answer filed by defendant Carmel Chili Company, Inc., to the

12  original complaint shall be responsive to the amended complaint. Defendant Nancy Moresco,

13  in her capacity as trustee of the William J. Moresco and Nancy J. Moresco Trust shall file a

14  Answer or other responsive pleading no later than twenty (20) days from the date of mail

15  service of the amended complaint.

16        IT IS FURTHER STIPULATED that this stipulation may be signed in counterparts and

17  sent by facsimile with the same force and effect of an original signature.

18  Dated: April 13, 2006            THOMAS E. FRANKOVICH
                             *A PROFESSIONAL LAW CORPORATION*

19

20

21                       By: _____/s/_____
                             Jennifer L. Steneberg
                             Attorneys for Plaintiffs JAREK MOLSKI and

22                               DISABILITY RIGHTS ENFORCEMENT, EDUCATION,
                             SERVICES:HELPING YOU HELP

23                               OTHERS, a California public benefit corporation

24  Dated: April 11, 2006            HUGO TORBET, ATTORNEY AT LAW

25

26

27                       By: _____/s/_____
                             Hugo Torbet
                             Attorney for CARMEL CHILI COMPANY, INC.,  dba

28                               JACK LONDON'S BAR & GRILL

1    Dated: April 10, 2006                NOLAND, HAMERLY, ETIENNE & HOSS

2

3                                          By: _____/s/_____
                                                    Kirk R. Wagner
4                                               Attorneys for Defendant NANCY MORESCO

5

6                                                    **ORDER**

7        IT IS SO ORDERED.

8

9    Dated: __4/14__, 2006

10                                         Patricia V. Trumbull
                                           Hon. Patricia V. Trumbull
11                                         UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28