| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar No. 074414) |
| | JENNIFER L. STENEBERG (State Bar No. 202985) |
| 2 | THOMAS E. FRANKOVICH, APLC |
| | 2806 Van Ness Avenue |
| 3 | San Francisco, CA 94109 |
| | Telephone: 415/674-8600 |
| 4 | Attorneys for Plaintiffs JAREK MOLSKI |
| | and DISABILITY RIGHTS ENFORCEMENT, |
| 5 | EDUCATION SERVICES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA      *E-FILED - 8/16/06*

| | |
|---|---|
| JAREK MOLSKI, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation, | **CASE NO. C 04-4451 RMW** |
| | **STIPULATION AND ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE** |
| Plaintiffs, | |
| v. | |
| JACK LONDON'S BAR & GRILL; CARMEL CHILI COMPANY, INC.;NANCY MORESCO as trustee of the WILLIAM J. MORESCO and NANCY J. MORESCO TRUST, and GEORGE EDWARD BOUTONNET and JEAN BOUTONNET as trustee of the GEORGE EDWARD BOUTONNET FAMILY REVOCABLE INTER VIVOS TRUST DATED MARCH 10, 1999, | |
| Defendant. | |

The parties, by and through their counsel, stipulate as follows:

1. This matter is set for a further case management conference on August 18, 2006.

2. Since the parties last appeared before the Court, informal settlement discussions have progressed and significant progress has been made toward resolution of plaintiffs' injunctive relief claims.

3. The parties are further scheduled to appear at a settlement conference before Magistrate Judge Patricia Trumbull on September 20, 2006, and are hopeful that a full settlement may be reached at or before that conference.

STIPULATION AND [] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE                    1

1       4.      Therefore, in light of possible settlement and in an effort to conserve precious judicial and counsel resources, the parties respectfully request a short continuance of the case management conference until after the parties' settlement conference.

Respectfully submitted,

| Dated: August 10, 2006 | THOMAS E. FRANKOVICH<br>*A PROFESSIONAL LAW CORPORATION* |
|---|---|
| | By: /s/ Jennifer L. Steneberg<br>Jennifer L. Steneberg<br>Attorneys for Plaintiffs JAREK MOLSKI and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES |
| Dated: August 11, 2006 | HUGO TORBET<br>ATTORNEY AT LAW |
| | By: /s/ Hugo Torbet<br>Hugo Torbet<br>Attorneys for Defendants CARMEL CHILI COMPANY, INC., dba JACK LONDON'S BAR & GRILL |
| Dated: August 10, 2006 | NOLAND, HAMERLY, ETIENNE & HOSS |
| | By: /s/ Kirk R. Wagner<br>Kirk R. Wagner<br>Attorneys for Defendants NANCY MORESCO GEORGE EDWARD BOUTONNET and JEAN BOUTONNET |

## **ORDER**

IT IS HEREBY ORDERED that the case management conference set for August 18, 2006 is continued to October  6 , 2006. The parties shall file an updated Joint Case Management Statement on week prior to the conference.


Dated:  8/16 , 2006

/S/ RONALD M. WHYTE
Hon. Ronald M. Whyte
United States Magistrate Judge