**E-FILED on**    8/28/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAREK MOLSKI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JACK LONDON'S BAR & GRILL, et al., <br><br> Defendants. | No. C-04-04451 RMW <br><br> ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL <br><br> **[Re Docket Nos. 53, 61]** |

    Hugo Torbet, counsel of record for defendants Jack London's Bar & Grill and Carmel Chili Company, Inc. (collectively, "defendants") in the above-captioned action, moves to withdraw as counsel. Mr. Torbet cites, *inter alia*, his clients' breach of a fee and expense agreement and refers to conduct on the part of his clients that have rendered it unreasonably difficult to carry out his employment.[1] Defendants have filed a statement of non-opposition to Mr. Torbet's motion to withdraw. Indeed, although they dispute the contentions in Mr. Torbet's motion, defendants note that they wish to terminate the services of Mr. Torbet and have filed notice seeking to substitute Jack

---

[1] Mr. Torbet declines to detail the conduct to which he refers in order to preserve his clients' confidences.

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL—No. C-04-04451 RMW
SPT

Hill, president of Jack London's Bar & Grill and Carmel Chili Company, Inc., as counsel of record. Mr. Hill is apparently an attorney licensed to practice before this court.

Accordingly, the court finds this matter suitable for determination on the papers without oral argument, Civil L.R. 7-1(b). The September 1, 2006 hearing date is VACATED and the motion is GRANTED.

DATED:     8/28/06

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

Thomas E. Frankovich     tfrankovich@disabilitieslaw.com

Jennifer L. Steneberg     jsteneberg@disabilitieslaw.com

**Counsel for Defendants:**

Jack Hill, Esq     jackhillsf@gmail.com

Hugo Torbet     hugotorbet@yahoo.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 8/28/06                 SPT
                                                    **Chambers of Judge Whyte**